IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:06cr30HTW-JCS

CHARLES WELLS

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Information against the defendant, CHARLES WELLS, without prejudice.

DUNN LAMPTON
United States Attorney

Date: February 17, 2006        s/Donald R. Burkhalter
                           By: DONALD R. BURKHALTER
                               Executive Assistant U.S. Attorney
                               Mississippi Bar No. 7555

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 27th day of February, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE